1  Armen Kiramijyan (State Bar No. 276723)
2  Email: consumerlitigationteam@kaass.com

3  **KAASS LAW**
   313 East Broadway #944
4  Glendale, California, 91209
5  Telephone: 310.943.1171

6  Attorneys for Plaintiff
   GAYANE MUMDZHYAN
7

8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA

10  GAYANE MUMDZHYAN, an individual, )   Case No.  12-cv-08684-MMM-(FFMx)
11                  Plaintiff,        )
                                      )   NOTICE OF SETTLEMENT AND
12          vs.                       )   NOTICE OF DISMISSAL OF ACTION
                                      )   AS TO DEFENDANT THE
13  FIRST PREMIER BANK INC., a South  )   COLLECTION CONNECTION WITH
14  Dakota Corporation; *et al*,      )   PREJUDICE
                    Defendants.       )
15  _____ )

16

17      Plaintiff GAYANE MUMDZHYAN, through her designated counsel of record,

18  pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses

19  the above captioned action as to Defendant THE COLLECTION CONNECTION with

20  prejudice.

21      Plaintiff is dismissing this action because the parties have entered into a settlement

22  agreement.

23      Defendant THE COLLECTION CONNECTION has filed neither an answer nor a

24  motion for summary judgment in this action. Dismissal under Rule 41(a)(1)(A)(i) is

25  therefore appropriate.

26

27  Dated: December 28, 2012               Respectfully submitted,

28

1

KAASS LAW

/s/ Armen Kiramijyan

2

Armen Kiramijyan

Attorney for Plaintiff

3

GAYANE MUMDZHYAN

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF DISMISSAL**