Armen Kiramijyan (State Bar No. 276723)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorneys for Plaintiff
GAYANE MUMDZHYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE MUMDZHYAN, an individual, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIRST PREMIER BANK INC., A South ) <br> Dakota Corporation; *et al*, ) <br> Defendants. ) <br> _____ ) | Case No.  2:12-cv-08684-MMM-(FFMx) <br><br> PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT GRANT & WEBER <br><br> Hon. Margaret M. Morrow |

TO THE COURT AND ALL PARTIES THROUGH COUNSEL OF RECORD:

Plaintiff GAYANE MUMDZHYAN ("Plaintiff") hereby gives notice that Plaintiff and Defendant GRANT & WEBER (collectively "Parties") have negotiated a settlement of the instant matter and request the following to effectuate the terms of the settlement:

1. The parties have reached a settlement in this matter;
2. The terms of the settlement are being reduced to writing in a confidential settlement agreement, to embody the substance of said settlement, and to provide completion of the instant litigation for the parties;
3. In light of the settlement reached, the parties are working diligently to timely execute a settlement agreement.
4. Once the settlement agreement is executed and its terms fulfilled, Plaintiff will file a Notice of Dismissal of this Action as to Defendant GRANT & WEBER pursuant to

Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: May 16, 2013                              Respectfully submitted,

                                                                           KAASS LAW
                                                                           */s/ Armen Kiramijyan*
                                                                           Armen Kiramijyan
                                                                           Attorney for Plaintiff