Armen Kiramijyan (State Bar No. 276723)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorneys for Plaintiff
GAYANE MUMDZHYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE MUMDZHYAN, an individual, ) | Case No. 2:12-cv-08684-MMM-(FFMx) |
| Plaintiff, ) | |
| ) | PLAINTIFF'S NOTICE OF |
| vs. ) | SETTLEMENT WITH DEFENDANT |
| ) | UNION ADJUSTMENT COMPANY |
| FIRST PREMIER BANK INC., A South ) | |
| Dakota Corporation; *et al*, ) | Hon. Margaret M. Morrow |
| Defendants. ) | |
| _____ ) | |

TO THE COURT AND ALL PARTIES THROUGH COUNSEL OF RECORD:

Plaintiff GAYANE MUMDZHYAN ("Plaintiff") hereby gives notice that Plaintiff and Defendant UNION ADJUSTMENT COMPANY (collectively "Parties") have negotiated a settlement of the instant matter and request the following to effectuate the terms of the settlement:

1. The parties have reached a settlement in this matter;
2. The terms of the settlement have been reduced to writing in a confidential settlement agreement, which embodies the substance of said settlement, and which will provide completion of the instant litigation for the parties;
3. In light of the settlement reached, the parties are working diligently to timely execute the settlement agreement;
4. Once the settlement agreement is executed and its terms fulfilled, Parties will file a

1  Stipulation to Dismiss this Action as to Defendant UNION ADJUSTMENT
2  COMPANY pursuant to Federal Rules of Civil Procedure 41(a)(1).

3

4  Dated: May 16, 2013                           Respectfully submitted,

5                                                KAASS LAW
6                                                */s/ Armen Kiramijyan*
                                                 Armen Kiramijyan
7                                                Attorney for Plaintiff

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28