Armen Kiramijyan (State Bar No. 276723)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorneys for Plaintiff
GAYANE MUMDZHYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE MUMDZHYAN, an individual, ) <br>        Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> FIRST PREMIER BANK INC., A South ) <br> Dakota Corporation; *et al*, ) <br>        Defendants. ) <br> _____ ) | Case No.  2:12-cv-08684-MMM-(FFMx) <br><br> PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT FIRST PREMIER BANK INC. <br><br> Hon. Margaret M. Morrow |

TO THE COURT AND ALL PARTIES THROUGH COUNSEL OF RECORD:

    Plaintiff GAYANE MUMDZHYAN ("Plaintiff") hereby gives notice that Plaintiff and Defendant FIRST PREMIER BANK INC. (collectively "Parties") have negotiated a settlement of the instant matter and request the following to effectuate the terms of the settlement:

1. The parties have reached a settlement in this matter;
2. The terms of the settlement have been reduced to writing in a confidential settlement agreement, which embodies the substance of said settlement, and which will provide completion of the instant litigation for the parties;
3. In light of the settlement reached, the parties are working diligently to timely execute the settlement agreement;
4. Once the settlement agreement is executed and its terms fulfilled, Parties will file a Stipulation to Dismiss this Action as to Defendant FIRST PREMIER BANK INC.

1 | pursuant to Federal Rules of Civil Procedure 41(a)(1).

3 | Dated: May 21, 2013                     Respectfully submitted,

KAASS LAW
*/s/ Armen Kiramijyan*
Armen Kiramijyan
Attorney for Plaintiff