Armen Kiramijyan (State Bar No. 276723)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorneys for Plaintiff
GAYANE MUMDZHYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE MUMDZHYAN, an individual,<br>　　　　　Plaintiff,<br>　　vs.<br>FIRST PREMIER BANK INC., A South Dakota Corporation; *et al*,<br>　　　　　Defendants.<br>_____ | Case No.  2:12-cv-08684-MMM-(FFMx)<br><br>[~~Proposed~~] ORDER GRANTING THE JOINT STIPULATION TO DISMISS THE ACTION AS TO DEFENDANT FIRST PREMIER BANK INC. |

　　　Based on the JOINT STIPULATION TO DISMISS by Plaintiff GAYANE MUMDZHYAN and Defendant FIRST PREMIER BANK INC., the above-captioned action is hereby dismissed as to Defendant FIRST PREMIER BANK INC. with prejudice.

　　　Each side shall bear its own costs and fees.

　　　**IT IS SO ORDERED.**

Dated: June 4, 2013

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE