Armen Kiramijyan (State Bar No.276723)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorney for Plaintiff
GAYANE MUMDZHYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE MUMDZHYAN, an individual, )<br>                      Plaintiff,     )<br>                              )<br>    vs.                         )<br>                              )<br>FIRST PREMIER BANK INC, a South )<br>Dakota Corporation; *et al*,     )<br>                Defendants.  )<br>_____ ) | Case No.  2:12-cv-08684-MMM-(FFMx)<br><br>**NOTICE OF DISMISSAL OF ACTION** |

      Plaintiff GAYANE MUMDZHYAN, through her designated counsel of record, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above captioned action.

      The only remaining Defendant, Credit Collection Services Inc., has filed neither an answer nor a motion for summary judgment in this action. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: June 26, 2013               Respectfully submitted,

                                 KAASS LAW
                                 */s/ Armen Kiramijyan*
                                 Armen Kiramijyan
                                 Attorney for Plaintiff
                                 GAYANE MUMDZHYAN